IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY CHATMON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED HEALTH CARE and )<br>MOLINA HEALTHCARE )<br>    Defendants. ) | No. 3:15-CV-3873-B |

### ORDER

On February 16, 2016, the Court entered Findings, Conclusions and a Recommendation that this case be dismissed for want of prosecution because Plaintiff failed to respond to the Magistrate Judge's Questionnaire. On February 19, 2016, Plaintiff filed his responses to the Magistrate Judge's Questionnaire, and stated he did not file his responses earlier because he did not receive the Questionnaire. The Court therefore VACATES its February 16, 2016, Findings, Conclusions and Recommendation that this case be dismissed for want of prosecution.

IT IS SO ORDERED.

Signed this 3rd day of March, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE